UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

TRUST YOUR JOURNEY, LLC )
 )
                Plaintiff(s), )
 )
v. )    CV 3:10-cv-00732-RCJ-RAM
 )
TYJ UNIVERSAL, LLC and )
DAMON TERRELL WILSON )    **DEFAULT**
 )
                Defendant(s). )
 )

It appearing from the records in the above-entitled action that Summons issued on the ORIGINAL Complaint (Original, Amended, etc) November 22, 2010 (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it appearing from the affidavit of counsel or Plaintiff and the records herein that each of said Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure,

Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of each of the following Defendants TYJ UNIVERSAL, LLC

in the above-entitled action is hereby entered.

Lance S. Wilson                                     01/20/2011
Clerk                                                      Date

*/s/ Lance S. Wilson*