UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TRUST YOUR JOURNEY, LLC )<br>)<br>            Plaintiff(s),       )<br>)<br>v.                                               )<br>)<br>TYJ UNIVERSAL, LLC and     )<br>DAMON TERRELL WILSON  )<br>            Defendant(s).     )<br>_____) | CV 3:10-cv-00732-RCJ-RAM<br><br>**DEFAULT** |

It appearing from the records in the above-entitled action that Summons issued on the __ORIGINAL__ Complaint __November 22, 2010__
(Original, Amended, etc)                               (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it appearing from the affidavit of counsel or Plaintiff and the records herein that each of said Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure,

Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of each of the following Defendants __DAMON TERRELL WILSON__

in the above-entitled action is hereby entered.

Lance S. Wilson                                                            01/20/2011
_____                                                _____
Clerk                                                                              Date

_Lance S. Wilson_ (signature)